IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03148-PAB-MEH

ELIZABETH HUDSPETH,

    Plaintiff,

v.

CAPITAL MANAGEMENT SERVICES, L.P., a Delaware limited partnership,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 16, 2012**.

    For good cause shown, the Stipulated Motion for Entry of Protective Order [filed February 15, 2012; docket #7] is **granted**. The Protective Order is accepted and issued contemporaneously with this minute order.