# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE PHILIP A. BRIMMER

## COURTROOM MINUTES

---

Courtroom Deputy: Kathy Preuitt-Parks          Date: December 28, 2012
Court Reporter: Janet Coppock                  Time: 32 minutes

---

**CASE NO.  11-cv-03148-PAB-MEH**

Parties                                        Counsel

**ELIZABETH HUDSPETH,**                        David Larson
                                               Richard Wynkoop

          Plaintiff (s),

vs.

**CAPITOL MANAGEMENT SERVICES,**              Steven Wienczkowski
**L.P.,**

          Defendant (s).

---

## TRIAL PREPARATION CONFERENCE

---

**1:33 p.m.     COURT IN SESSION**

APPEARANCES OF COUNSEL.

Matter set for 2 day jury trial, commencing January 14, 2013.

Counsel advised that this trial setting may be bumped due to an older case scheduled for trial on January 14, 2013 and that is appears that case will proceed.  If the trial in case no. 10-cv-00892-PAB-KLM does proceed, this trial will be vacated.

Page Two
11-cv-03148-PAB-MEH
December 28, 2012

Court and counsel discuss pending motions.

**ORDERED:**  Defendant's Motion in Limine Regarding Reference to Minimal Damages Claim (Doc #32) is **GRANTED.**

**ORDERED:**  Defendant's Motion in Limine Regarding Prior Lawsuits (Doc #33) is **GRANTED.**

**ORDERED:**  Plaintiff's Motion in Limine Regarding Other Cases (Doc #37) is **GRANTED.**

Court and counsel discuss Judge Brimmer's Practice Standards including jury selection of 9, 15 minute voir dire by counsel, and 20 minutes for opening statements.

**ORDERED:**  Counsel are directed to submit an agreed upon description of the case.

**ORDERED:**  Witnesses shall be **SEQUESTERED.**

**2:05 p.m.**    **COURT IN RECESS**

**Total in court time:**        **32 minutes**

**Hearing concluded**