IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03148-PAB-MEH

ELIZABETH HUDSPETH,

      Plaintiff,

v.

CAPITAL MANAGEMENT SERVICES, L.P. a Delaware limited partnership,

      Defendant.

---

## MINUTE ORDER

---

**Entered by Judge Philip A. Brimmer**

      On December 14, 2012, plaintiff Elizabeth Hudspeth filed a motion in limine [Docket No. 36] to exclude evidence that she is seeking attorney's fees in this case. Defendant Capital Management Services, L.P. responded, stating that it does not object to the exclusion of this evidence so long as plaintiff is not permitted to argue that she will receive only minimal damages if she prevails.  Docket No. 49.  On December 28, 2012, the Court granted defendant's motion in limine [Docket No. 32] to bar any argument based on plaintiff's recovering only minimal damages.  Docket No. 52 at 2. Wherefore, in light of the Court's December 28, 2012 ruling, it is

      **ORDERED** that Plaintiff's Motion *in Limine* [Docket No. 36] is GRANTED.

      DATED June 3, 2013.